United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-11271-elf
Wayne  D. Gentry                                                        Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia          Page 1 of 1            Date Rcvd: Jul 18, 2017
                          Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2017.
db            +Wayne  D. Gentry,   213 Glen Cove Road,   Darby, PA 19023-2330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2017 at the address(es) listed below:
          ALAN B. LISS    on behalf of Debtor Wayne  D.  Gentry bnklaw@aol.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          THOMAS I. PULEO    on behalf of Creditor   MIDFIRST BANK tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                          :
                                :
    WAYNE GENTRY             :
                                :
                                :
        Debtor(s)       :   Bankruptcy No. 13-11271 ELF

ORDER

    **AND NOW,** this 18th day of July 2017, upon consideration of the Chapter 13 Standing Trustee's Application to Terminate Wage Order, it is hereby

    **ORDERED,** that the wage order previously entered in this case, directing **E. Frank Hopkins** to make monthly payments to the chapter 13 standing trustee, is hereby terminated.

BY THE COURT

_____
HONORABLE ERIC L. FRANK
BANKRUPTCY JUDGE

cc:   **Debtor**
**Wayne D. Gentry**
213 Glen Cove Road
Darby, PA 19023

**Debtor's Employer**
E Frank Hopkins
3120 South 3rd Street
Philadelphia, Pa. 19148

**Debtor's Counsel**
**ALAN B. LISS**
Brenner & Brenner P.C.
1420 Walnut St. Ste. 720
Philadelphia, PA 19102

William C. Miller, Esquire
Office of Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105