**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     WAYNE D. GENTRY, | : | |
|        Debtor | : | Bky. No. 13-11271  ELF |

# O R D E R

**AND NOW,** upon consideration of the Ch. 13 Trustee's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #96 ) is **APPROVED**.

**Date: July 26, 2017**

                                                                                    _____
                                                                                    **ERIC L. FRANK
                                                                                    CHIEF U.S. BANKRUPTCY JUDGE**