United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Wayne  D. Gentry  
      Debtor

Case No. 13-11271-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Oct 17, 2017  
                     Form ID: 138NEW     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2017.  
db          +Wayne  D. Gentry,   213 Glen Cove Road,   Darby, PA 19023-2330  
12970370    +Alan B. Liss, Esquire,   1420 Walnut Street,   Suite 808,   Philadelphia, Pa 19102-4008  
12970372    +Midfirst Bank,   999 N.W. Grand Boulevard,   Suite 100,   Oklahoma City, OK 73118-6051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg           E-mail/Text: bankruptcy@phila.gov Oct 18 2017 01:42:09   City of Philadelphia,  
         City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,  
         Philadelphia, PA  19102-1595  
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2017 01:41:27  
         Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,  
         Harrisburg, PA  17128-0946  
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 18 2017 01:41:53   U.S. Attorney Office,  
         c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
12982620      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2017 01:45:04  
         American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,  
         Oklahoma City, OK  73126-8941  
12970371      E-mail/Text: cio.bncmail@irs.gov Oct 18 2017 01:41:06   Internal Revenue Service,  
         Special Procedures Branch,   PO Box 7346,   Philadelphia, PA 19101-7346  
                                                               TOTAL: 5

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2017 at the address(es) listed below:  
        ALAN B. LISS    on behalf of Debtor Wayne  D.  Gentry bnklaw@aol.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
         philaecf@gmail.com  
        THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                     TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Wayne D. Gentry
       Debtor(s)

Bankruptcy No: 13−11271−elf
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 10/17/17